UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

          :   INDICTMENT

    - v. -

ZIARA OCASIO,

        **08 CRIM 177**

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1.  From in or about January 2007, up to and including on or about February 19, 2007, in the Southern District of New York and elsewhere, ZIARA OCASIO, the defendant, and others known and unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that ZIARA OCASIO, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, oxycodone, a Schedule II controlled substance, in forms commonly known as "Oxycontin" and "Endocet," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).

OVERT ACT

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. On or about February 19, 2007, ZIARA OCASIO, the defendant, placed an unauthorized order for tablets containing oxycodone from a pharmacy in the Bronx.

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offense alleged in this Indictment, ZIARA OCASIO, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this Indictment.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of

the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ZIARA OCASIO,

Defendant.

### INDICTMENT

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1), 841(b)(1)(C), & 846)


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

post /t-87
3/3/08
Filed Ind.
Elligg.