```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
UNITED STATES OF AMERICA            :     **TRANSPORTATION ORDER**
                                          08 Cr. 177 (JGK)
        - v -                       :

Ziara Ocasio                        :

              Defendant.            :
------------------------------------x

Upon the application of **Ziara Ocasio**, by her attorney, **Hugh Mundy, Esq.**, Federal Defenders of New York, Inc., pursuant to 18 U.S.C. § 4285, and upon a finding of indigence, it is hereby

**ORDERED** that the United States Marshals Service furnish Ziara Ocasio with funds to cover the cost of one-way airfare and ground transportation from Orlando, Florida to New York, New York for her court appearance before United States District Judge John G. Koeltl at 11:00 a.m. on Friday, May 2nd, 2008; and it is hereby further

**ORDERED** that arrangements shall be made to enable Ms. Ocasio to arrive at 500 Pearl Street in New York, New York by Friday, May 2nd, 2008 at 11:00 a.m. , and it is further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York          SO ORDERED:
        April 29, 2008

                                    _____
                                    HONORABLE JOHN H. KOELTL
                                    United States District Judge