United States District Court
Southern District of New York

───────────────────────────────

UNITED STATES OF AMERICA,

       - against -                    08 Cr. 177 (JGK)

ZIARA OCASIO,                         SPEEDY TRIAL ORDER

             Defendant.

───────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **June 20, 2008** at **10:00 a.m.** Because the adjournment is needed to allow the parties to discuss a disposition short of trial, and to assure effective assistance of counsel, the Court prospectively excludes the time from today, **May 2, 2008**, until **June 20, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).


SO ORDERED.

Dated: New York, New York
       May 2, 2008

                                          John G. Koeltl
                                       United States District Judge