```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA              :
          - v -                       :
Ziara Ocasio                          :
               Defendant.             :
------------------------------------x
```

**ORIGINAL**

**TRANSPORTATION ORDER**
08 Cr. 177 (JGK)

Upon the application of **Ziara Ocasio** by Federal Defenders of New York, Inc., pursuant to 18 U.S.C. § 4285, and upon a finding of indigence, it is hereby

**ORDERED** that the United States Marshals Service furnish Ziara Ocasio with funds to cover the cost of one-way airfare and ground transportation from Orlando, Florida to New York, New York for her court appearance before United States District Judge John G. Koeltl at 10:00 a.m. on Friday, June 20th, 2008; and it is hereby further

**ORDERED** that arrangements shall be made to enable Ms. Ocasio to arrive at 500 Pearl Street in New York, New York by Friday, June 20th, 2008 at 10:00 a.m., and it is further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
       May 31, 2008

SO ORDERED:

_____
HONORABLE JOHN G. KOELTL
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2008