UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

**United States of America,**  :  **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

— v —  :

:  08 - Cr.- 177 (JGK)

**Ziara Ocasio**  :

-----------------------------------x

To:  Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case for defendant Ziara Ocasio and to add him as a filing user to whom Notices of Electronic Filing will be transmitted.

Respectfully Submitted,

*/s/ Martin S. Cohen*

**Martin S. Cohen**
Assistant Federal Defender
52 Duane Street
New York, N.Y. 10007
(212) 417-8737
Martin_Cohen@fd.org

TO: Attorneys of Record