United States District Court
Southern District of New York

───────────────────────────────

UNITED STATES OF AMERICA,

      - against -

ZIARA OCASIO,

      Defendant.

───────────────────────────────

08 Cr. 177 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **August 22, 2008** at **11:00 a.m.** Because the adjournment is needed to assure effective assistance of counsel, the Court prospectively excludes the time from today, **June 20, 2008**, until **August 22, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       June 20, 2008

                                  John G. Koeltl
                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08